**Order entered October 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00947-CV

### IN RE COLONY INSURANCE COMPANY, Relator

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00871-2014**

## ORDER
Before Chief Justice Wright and Justices FitzGerald and Francis

Before the Court is the motion of real party in interest, Kish, LLC d/b/a Quality Towing, for sanctions against relator Colony Insurance Company. We **DENY** the motion.

/s/      KERRY P. FITZGERALD
JUSTICE